Douglas D. Phelps
PHELPS & ASSOCIATES, P.S.
2903 N. Stout Road
Spokane, WA 99206
Phone: (509) 832-0467
Facsimile: (509) 921-0802
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.S. (YOB: 2007), a minor child, A.S. (YOB: 2001), a minor child, D.S., a minor child, and N.S., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHIGNTON; WASHIGNTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES; WASHIGNTON STATE DEPARTMENT OF CHILD PROTECTIVE SERVICES; DIVISION OF CHILDREN AND FAMILY SERVICES; MATTHEW PAYNE & ADRIANNA PAYNE, and the marital community comprised thereof; ANDREA QUINTERO, JAMIE MCLAUCHLAN, SANDRA NORTH, SONJA CARY, JUANITA JACHETTA, CHERYL HEIN, LINDA AIKEN, JEFF KINCAID, JOY MCCLENDON and CYNTHIA WOOD,<br><br>Defendants. | NO. 2:15-CV-00208-TOR<br><br>**MOTION FOR LEAVE TO FILE RESPONSE TO SUMMARY JUDGMENT MOTION**<br><br>**WITHOUT ORAL ARGUMENT**<br>**Hearing Date:** |

COMES NOW, Plaintiff, A.S. (YOB: 2007), a minor child, A.S. (YOB: 2001), a minor child, D.S., a minor child, and N.S., a minor child, by and through attorneys, Douglas D. Phelps of Phelps & Associates P.S. and Stephen Hormel of

Hormel Law Office, and hereby hereby moves this Honorable Court for leave to allow the Plaintiffs to fail a response to Defendant's Motion for Summary Judgment on December 30, 2016. Due to a scheduling error the response was not filed timely. A stipulation has been requested from defense counsel; however, no response has been forthcoming. This Motion is made pursuant to Rule 12 of the Federal Rules of Civil Procedure.

    The State's Defendants reply shall be due January 9, 2017 or a date to be set by the court.

    DATED at Spokane, Washington, this 30th day of December, 2016.

PHELPS & ASSOCIATES, P.S.

/s/ Douglas D. Phelps
DOUGLAS D. PHELPS, WSBA # 22620
2903 N. Stout Road
Spokane, WA 99206
Telephone: (509) 892-0467
phelps@phelpslaw1.com

*and*

HORMEL LAW OFFICE

/s/ Stephen Hormel
STEPHEN HORMEL, WSBA # 18733
421 West 1st Avenue
Spokane, WA 99201
Telephone: (509) 590-1474
steve@hormellaw.com

## CERTIFICATE OF SERVICE

I certify that I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Douglas Phelps, WSBA #22620 | phelps@phelpslaw1.com |
| Katharine Allison, WSBA #41648 | katea@phelpslaw1.com |
| Stephen Hormel, WSBA #18733 | steve@hormellaw.com |
| Carl P. Warring, WSBA #27164 | CarlW@atg.wa.gov |
| Frank Hoover, WSBA #10791 | frank@frankhoover.com |
| Thomas Schwanz, WSBA #13842 | toms@wieckschwanz.com |
| Gerald Kobluk, WSBA #22994 | gkobluk@ksblit.legal |

I declare under penalty of perjury under the law of the State of Washington that the foregoing is true and correct.

DATED THIS 30th day of December, 2016, at Spokane, Washington.

/s/ Douglas D. Phelps
DOUGLAS D. PHELPS, WSBA 322620
Phelps & Associates, PS
2903 N. Stout Rd.
Spokane, WA 99206
Phone: (509) 892-0467
Facsimile: (509) 921-0802
phelps@phelpslaw1.com