UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.S. (YOB: 2007), a minor child; A.S. (YOB: 2001), a minor child; D.S., a minor child; and N.S., a minor child,<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF WASHINGTON, et al.,<br><br>Defendants. | NO: 2:15-CV-0208-TOR<br><br>ORER GRANTING PLAINTIFF'S MOTION TO DISMISS |

BEFORE THE COURT are Defendant Adrianne Payne's Motion for Summary Judgment (ECF No. 54) and the Parties' Stipulation on Plaintiff's Voluntary Dismissal of All Claims Without Prejudice (ECF No. 62). The matters were considered without oral argument. The Court has reviewed the file, briefing, and record therein, and is fully informed.

//

//

ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS ~ 1

1  Plaintiffs Michelle K. Staats and Robert A. Staats, and the marital
2  community comprised thereof, stipulated with all parties to their dismissal from
3  this action on July 13, 2016.  ECF No. 29.
4  The remaining Plaintiffs have now also stipulated to the dismissal of their
5  claims.  Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and
6  41(a)(1)(B), Plaintiffs may voluntarily dismiss the case without prejudice by filing
7  a stipulation of dismissal signed by all parties who have appeared.
8  **Accordingly, IT IS HEREBY ORDERED:**
9  1. The Parties' Motion to Dismiss (ECF No. 62) is **GRANTED** and
10     Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE and**
11     **without costs, fees or expenses**.
12  2. Defendant Adrianne Payne's Motion (ECF No. 54) is **DENIED AS**
13     **MOOT**.
14  The District Court Clerk is directed to enter this Order, provide copies to
15  counsel, and **CLOSE** the file.
16  **DATED** March 14, 2017.



THOMAS O. RICE
Chief United States District Judge